**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _NORTHERN_ **DISTRICT OF TEXAS**
_FORT WORTH_ **DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

▢ ORIGINAL

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

AUG 18 2014

12:35 pm
of /5 mon

_Johnny Dewayne Lewis #1879387_
Plaintiff's name and ID Number
_John R Lindsey State Jail Unit_
_1620 FM 3344 Jacksboro TX 76458_
Place of Confinement

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

4 - 14CV - 674  A

CASE NO:  _____
(Clerk will assign the number)

v. _CORRECTIONS CORPORATION OF AMERICA._
_PRESIDENT - DAMON HININGER   10 Burton Hills Blvd_
                              _Nashville TN 37215_
Defendant's name and address
_CCA WARDEN MARY BRANDIN John R Lindsey State Jail_
                         _1620 FM 3344 Jacksboro TX 76458_
Defendant's name and address
_C.C.A. CAPTAIN RICK LOONEY   John R Lindsey State Jail_
                             _1620 FM 3344 Jacksboro TX 76458._
Defendant's name and address
(DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission t proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperi* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give securit therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire th application to proceed IFP and appropriate Inmate Account Certificate from the law library at your priso unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisone brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the fu amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filin fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has bee paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 2 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, the monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application t Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork befor submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notic should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include an motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS ma result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I.   PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?            _X_ YES _____ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: _7-17-2014_

2. Parties to previous lawsuit:
   Plaintiff(s): _Johnny Dewayne Lewis_

   Defendant(s): _CORRECTIONS CORPORATION OF AMERICA_

3. Court (If federal, name the district; if state, name the county) _Fort Worth, Northern_

4. Docket Number: _414-CV-00547-8-BJ_

5. Name of judge to whom case was assigned: _Jeffrey L Cureton_

6. Disposition: (Was the case dismissed, appealed, still pending?)

   _____

7. Approximate date of disposition: _____

John R Lindsey State Jail

## II. PLACE OF PRESENT CONFINEMENT: 1620 Fm 3344 Jacksboro TX 76458

## III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? _X_ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

## IV. PARTIES TO THE SUIT:

John R Lindsey State Jail

A. Name of address of plaintiff: Johnny Dewayne Lewis. 1620 Fm 3344 Jacksboro Tx 76458.

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: C.C.A President Damon Hininger. 10 Burton Hills Blvd. Nashville TX 37215

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Responsible for all policies and actions of his Employees.

Defendant #2: C.C.A Warden Mary Brandin John R Lindsey State Jail 1620 Fm 3344 Jacksboro Tx 76458.

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Conditions, Acts and omission to Enforce policies, procedures, practices,

Defendant #3: Captain Rick Looney, John R Lindsey State Jail 1620 Fm 3344 Jacksboro TX 76458.

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Disciplinary, Retaliation a conspiracy to violate First Amendment

Defendant #4: C.C.A Grievance Officer S. Smith John R Lindsey State Jail 1620 Fm 3344 Jacksboro Tx 76458.

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Retaliation an conspiracy to violate First Amendment.

Defendant #5: Exective Director of T.O.C.J Oliver Bell. P.O Box 13084 Austin TX 78711-3084

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Responsible for State Offenders under his care policies Board Policy

malice, Acts, malice aforethought, malicious, malicious Prosecution, malo gnimo euil mind,

C.C.A C/O WATKINS   John R Lindsey State Jail
1620 Fm 3344 Jacksboro Tx 76458.

Malicious Acts To Write False Case. Dishonesty in Reporting deliberate False information on Forms Giveing Offenders name To next Shift Officers For The purpose of Retaliation. Writeing Major Cases For Minor Infractions.

C.C.A C/O Delk   John R Lindsey State Jail
1620 Fm 3344 Jacksboro Tx 76458.

Acts. Writeing Major Cases THAT Should Be minor Infractions useing Key Words To inflict Cases.

## V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any</u> <u>legal argument or cite any cases of statutes.</u>  If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Retaliation, conspiracy, to violate offenders First Amendment Give General Answers that Give Actual redress Refuse to Answer. I 127's Dishonesty in screening out I 127's Reporting deliberate False information in the course of responding to I 127's biased unit Grievance Investigators that investigate to the offenders detriment. puntive and Harassing cell searches to dissube submittal of I 127's Refuse to answer I 127's Detaching and discarding supporting documents. Grievance procedure A.D 03.82 Board policy 03.77. Fail to provide A vehicle for review of department policies procedures, practices, conditions, incidents And Actions. Violating conspiracy laws of 42 U.S.C. 1995(3) 1986. And Texas Penal codes.

## VI.  RELIEF:  State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite not cases or statutes.

Through and Appropriate investigation to ascertain Necessary Facts to correct this unlawful Act.

## VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases:

Same.

B.  List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

# 1558124    1879387

## VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  X  YES  ___ NO

B.  If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed.  (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (If federal, give district and division):  Fort Worth Northern

2.  Case Number:  414-CV-00547-0-BJ

3.  Approximate date sanctions were imposed:  8-4-14

4.  Have the sanctions been lifted or otherwise satisfied?  ___ YES  ___ NO  Unknown Still pending.

DUE PROCESS. DUE COURSE OF LAW.

DISCIPLINARY IS RAN AGAINST POLICY. OFFENDERS ARE FOUND GUILTY NO MATTER WHAT. NOT ALLOWED TO PRESENT DOCUMENTS, WITNESSES. TOLD TO SHUT UP, SIT DOWN. NOT ALLOWED TO DEFEND OURSELF. DISCIPLINAR OFFICER RUNS CASES OUT OF POLICY.

---

GRIEVANCE POLICY A.D 03.82. B.P 03.77

CONSPIRATIONAL PRACTICE TO VIOLATE INMATES FIRST AMENDMENT RIGHT. PART OF THIS PRACTICE CONSISTS OF MANIFOLD REPRISALS AND DELIBERATE DISREGARD FOR RULES AND REGULATIONS WHICH GOVERN THEIR DUTY TO RECIVE, PROCESS AND ANSWER INMATES GRIEVANCES (I 127S) IN COMPLIANCE WITH TDCJ OFFENDER HANDBOOK I 202. ACCORDING TO THE TDCJ HANDBOOK, GRIEVANCE PROCEDURE FOR OFFENDERS, IS TO PROVIDE A VEHICLE FOR REVIEW OF DEPARTMENT POLICIES, PROCEDURES, PRACTICES, CONDITIONS, INCIDENT AND ACTIONS WHICH MAY ADVERSELY AFFECT AN INMATES WELFARE, STATUS AND PROGRAM, AND "PROVIDE FOR RESOLUTION FOR GRIEVANCES AT THE LOWEST POSSIBLE LEVEL WITH TIMELY RESPONSES TO THE APPELLANT"

HOWEVER WHEN WE EXERCISE USE OF THE GRIEVANCE PROCEDURE, PRISON OFFICIALS JOIN TOGETHER TO HARASS VIOLATING THE P.O. 22. Rule 21, 22 22A; R.10, (22G) AND RETALIATE AGAINST US WITH A COMBINATION OF ANY OF THE FOLLOWING UNETHICAL ACTS I HAVE PERSONALLY EXPERIENCED.

REFUSE TO ANSWER I 127's GIVE GENERAL ANSWERS THAT PURPORT REVIEW BUT THAT DO NOT PROVIDE ACTUAL REDRESS, DISHONESTY, REPORTING DELIBERATE FALSE INFORMATION. THE USE OF BIASED "UNIT GRIEVANCE INVESTIGATORS. THAT INVESTIGATE TO THE OFFENDERS DETRIMENT.

SUCH ACTS OF MORAL TURPITUDE ARE SOME DIRTY TRICKS USED IN THEIR COLLUSIVE PRACTICE OF REPRISALS. THEY ARE CONCERTED ACTS WHICH VIOLATE CONSPIRACY LAWS OF TITLE 42 U.S.C 1995 (3) AND 1986 AND THE TEXAS PENAL CODES. ACTS OF MENTAL ANGUISH.

OFFENDERS SERVING A SENTENCE FOR A STATE JAIL FELONY CURRENTLY DO NOT
EARN GOOD CONDUCT TIME FOR TIME SERVED IN THE FACILITY.  HOWEVER, WITH
THE PASSING OF HOUSE BILL 2649 IN THE 82ND TEXAS LEGISLATIVE SESSION,
SOME STATE JAIL OFFENDERS MAY BE AWARDED DILIGENT PARTICIPATION CREDIT
BY THEIR SENTENCING JUDGE.  ANY OFFENDER CONVICTED OF A STATE JAIL
FELONY OFFENSE COMMITTED ON OR AFTER SEPTEMBER 1, 2011, MAY BE ELIGIBLE
FOR TIME CREDIT BASED ON DILIGENT PARTICIPATION IN PROGRAMS SUCH AS
WORK, EDUCATION AND/OR TREATMENT.

DILIGENT PARTICIPATION IS DEFINED AS "(A) SUCCESSFUL COMPLETION OF AN
EDUCATIONAL, VOCATIONAL, OR TREATMENT PROGRAM; (B) PROGRESS TOWARD
SUCCESSFUL COMPLETION OF AN EDUCATIONAL, VOCATIONAL, OR TREATMENT
PROGRAM THAT WAS INTERRUPTED BY ILLNESS, INJURY, OR ANOTHER
CIRCUMSTANCE OUTSIDE THE CONTROL OF THE DEFENDANT; AND (C) ACTIVE
INVOLVEMENT IN A WORK PROGRAM."  THE LAW REQUIRES TDCJ TO REPORT THE
NUMBER OF DAYS AN OFFENDER DILIGENTLY PARTICIPATES TO THE SENTENCING
JUDGE NO LATER THAN 30 DAYS PRIOR TO THE OFFENDER COMPLETING 80% OF
THEIR SENTENCE.  ONCE A STATE JAIL FELON WHO IS SERVING A SENTENCE FOR
AN OFFENSE COMMITTED ON OR AFTER SEPTEMBER 1, 2011 IS RECEIVED BY TDCJ,
THE AGENCY SHALL REPORT ONE DAY OF DILIGENT PARTICIPATION FOR EACH DAY
IN CUSTODY, WITH THE FOLLOWING EXCEPTIONS.  OFFENDERS FOUND GUILTY OF A
DISCIPLINARY OFFENSE FOR REFUSING TO WORK; REFUSING TO ATTEND SCHOOL OR
COMPLETE SCHOOL ASSIGNMENTS; OR REFUSING TO ATTEND OR PARTICIPATE IN A
REQUIRED TREATMENT PROGRAM, SHALL NOT BE ELIGIBLE FOR DILIGENT
PARTICIPATION CREDIT FOR THE DAY(S) OF THE REFUSAL.  ALSO, OFFENDERS
ASSIGNED TO STATE JAIL LEVEL 4 (J4) CUSTODY, STATE JAIL LEVEL 5 (J5)
CUSTODY, SOLITARY CONFINEMENT OR ADMINISTRATIVE SEGREGATION CUSTODY ARE
INELIGIBLE FOR DILIGENT PARTICIPATION CREDIT.
THE TDCJ IS IN THE PROCESS OF CREATING A SECURE INTERACTIVE WEB-BASED
SYSTEM TO NOTIFY SENTENCING JUDGES OF STATE JAIL OFFENDER'S
PARTICIPATION.  THE JUDGES SHALL LOGIN TO A WEBSITE AND REVIEW A
COMPUTER GENERATED PROGRESS REPORT.  THE JUDGE SHALL DETERMINE HOW MANY
DAYS CREDIT, IF ANY, AND ENTER THE DAYS ON THE WEBSITE AND
ELECTRONICALLY SUBMIT THE REPORT TO THE TDCJ.  THE OFFENDER'S MAXIMUM
DISCHARGE DATE SHALL BE AUTOMATICALLY RECALCULATED AND THE OFFENDER
SHALL BE PROVIDED A TIME SHEET.

OFFENDERS THAT HAS BEEN GIVEN JOBS AND DUTIES
THAT DONT QULIFI' FOR THIS HOUSE BILL IS BEING WORKED
AGAINST THEIR WILL. SLAVE LABOR, NO GOOD TIME, NO WORK
TIME IN ANY WAY.

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ____ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning were imposed: _____

Executed on: _____                    _____
               (Date)                                        (Printed Name)

                                                       _____
                                                       (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
              (Day)                    (Month)              (Year)

                                                       _____
                                                       (Printed Name)

                                                       _____
                                                       (Signature of Plaintiff)

**WARNING:  The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions.  The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

C/O WATKINS WROTE A FRIVOLOUS CASE ON ME FOR "ASSAULT" ON 6-17-19 6:30 PM. THIS C/O HAS TOLD 3 DIFFRENT STORYS ABOUT ME TO SGT KENNER AS WELL AS OTHER C.C.A EMPLOYES. C/O WATKINS DID IN FACT WRITE A FALSE STATEMENT ON ME. SEVERAl STATEMENTS WAS SENT BY WAY OF I-60S TO CAPT RICK LOONEY ABOUT THIS INCIDENT. CAPT RICK LOONEY HAD STATEMENTS AND KNEW I DID NOT DO WHAT C/O WATKINS WROTE ON HIS STATEMENT. CAPT RICK LOONEY ON 6-20-14 KNEW I WAS NOT GUILTY OF ANY ASSAULT ON C/O WATKINS. I WAS GIVEN 30 NO RECREATION AND 30 NO COMMISSARY FOR SOMETHING I DID NOT DO AND WAS NOT ALLOWED TO DEFEND MYSELF OR CALL WITNESS ON MY PART. AT NO TIME DID I ASSAULT C/O WATKINS WITH ANY THANG. C/O WATKINS DID EVEN TELL OFFENDER "LEWIS #879387 THAT I HAD PLASTIC IN MY MOUTH THAT I THREW AT HIM. THEN ON 6-21-14 C/O WATKINS CAME ON DUTY AND WAS WATCHING BOTH "LEWIS" AND ME FROM OFFICE AREA. AT 8:15 PM C/O WATKINS CAME UP ON BOTH US AND STATED "WHAT ARE YOU HIDEING" SEARCHED "LEWIS" BUNK. C-1-26 AND PUT HIS BLANKET PILLOW IN FLOOR. THEN STATED TO ANOTHER OFFENDER "ALL I HAVE TO DO IS WRITE A STATEMENT ON YOU AND YOU WILL HAVE A MAJOR CASE OR CHARGES."

CASE: 20140301536  DOCUMENT: 01031445  NAME: ALDRIDGE,MICHAEL JACOB LYNN   EA: 6.1
UNIT: LN   HSNG: C31A   18   JOB: PRE-HEARING DETENTION   ID: 107   PHD
CLSS: JC   CUST: J2   PRIMARY LANGUAGE: ENGLISH   MHMR RESTRICTIONS: NONE
ORDER: MA / CJC   OFF. DATE: 06/17/14   07:40 PM   LOCATION: LN MISCELLANEOUS
TYPE: JC

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT LN C1-08, OFFENDER: ALDRIDGE, MICHAEL
JACOB LYNN, TDCJ-ID NO. 01031445. ASSAULTED C/O WATKINS BY HITTING HIM IN THE
CHEST WITH A SMALL OBJECT THAT APPEARED TO BE A PIECE OF PENCIL LEAD OR PLASTIC.
THE ASSAULT DID NOT RESULT IN ANY INJURIES.

CHARGING OFFICER: WATKINS, F.                   SHIELD/CARD: 2 C
                        OFFENDER NOTIFICATION IF APPLICABLE INTERPRETER.
TIME/DATE NOTIFIED: 2:15p / 06-19-14  BY:(PRINT) F. SARAMILLO
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING (YES) NO  IF NO, HOW DO YOU
PLEAD? GUILTY (NOT GUILTY)
OFFENDER NOTIFICATION SIGNATURE: X michael aldridge DATE: X 6/19/14
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: X michael aldridge   DATE: X 6/19/19

## HEARING INFORMATION

HEARING DATE 6-20-14  TIME: _____ UNION FOLDER / FILE / DSFILE /
COUNSEL SUBSTITUTE AT HEARING: N/A   FOLDER / FILE / DSFILE /
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING,(2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7)IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND (8) IF INTERPRETER USED:
(SIGNATURE): N/A

OFFENDER STATEMENT: Someday I'm in another offender area someone at
the al by cellie and it 1/2 walker. He in the chest area at

OFFENSE CODES: _____   03.3
OFFENDER PLED: (G, NO, NONE)   NG
FINDINGS: (G, NO, GS):
REDUCED TO (MINOR(PRIOR TO DOCKET) (DOCKET) (HEARING)  BY:(INITIAL)
IF GUILTY (EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: offr's report and presentation of don't evidence

## PUNISHMENT

| | | |
|---|---|---|
| LOSS OF PRIV(DAYS) | REPRIMAND | SOLITARY(DAYS)...... 01(s) |
| *RECREATION(DAYS) 30 | EXTRA DUTY(HOURS) | REMAIN LINE 3...... |
| *COMMISSARY(DAYS) 30 | CONT.VISIT SUSP.THRU __/__/__ | REDUC.CLASS FROM __ TO __ |
| *PROPERTY(DAYS) | CELL RESTRIC(DAYS) | GOOD TIME LOST(DAYS) |
| # GTS(DAYS) | SPECIAL CELL RESTRIC(DAYS) | DAMAGES/FORFEIT.$ |

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: stop of the
offense and to deter reason of this off in the future

CREDIT FOR PRE-HEARING DETENTION (TIME? YES(DAYS) __ (NO) NA
DATE PLACED IN PRE-HEARING DETENTION: 6-17-14  HEARING LENGTH: ____ (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: Appeals in writing
I can log ____

HEARING OFFICER (PRINT)   WARDEN   REVIEWER SIGNATURE
(FORM I-47MB)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

CASE: 2014001538 TDCJNO:01831445 NAME: ALDRIDGE MICHAEL JACOB LYNN   CA: C.1
UNIT: LH  HSNG: C11A   LS        JOB: PRE-HEARING DETENTION           ID: 107
CLSS: JC  CUST: J2  PRIMARY LANGUAGE: ENGLISH    RHRR RESTRICTIONS:   NONE
SRDC: MA / C3C  OFF.DATE: 06/17/14  07:40 PM  LOCATION: LH MISCELLANEOUS
TYPE: JC

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT LH C1-C3, OFFENDER: ALDRIDGE, MICHAEL
JACOB LYNN, TDCJ-ID NO. 01831445, ASSAULTED C/O WATKINS BY HITTING HIM IN THE
CHEST WITH A SMALL OBJECT THAT APPEARED TO BE A PIECE OF PENCIL LEAD OR PLASTIC.
THE ASSAULT DID NOT RESULT IN ANY INJURIES.

CHARGING OFFICER: WATKINS, I                    SHIFT/CARD: 2 C
                                OFFENDER NOTIFICATION IF APPLICABLE INTERPRETER.
TIME/DATE NOTIFIED: 15A    / 06.19.14   BY:(PRINT)    I SGT.MILLER
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE X Michael aldridge DATE X 6/19/14
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: X  Michael Aldridge         DATE X  7/19/14

## HEARING INFORMATION

HEARING DATE:         TIME:          UNIT   FOLDER    FILE    DSFILE
COUNSEL SUBSTITUTE AT HEARING:              FOLDER    FILE    DSFILE
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING,(2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7)IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE)

OFFENDER STATEMENT:

OFFENSE CODES:                    05.3
OFFENDER PLEA: (G. NG, NONE)       |      |      |      |
FINDINGS:  (G, NG, DS)             |      |      |      |
REMINDED TO ALBRORIPRIOR TO DOCKET)2 (DOCKET   (HEARING)   BY:(INITIALS)
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:

## PUNISHMENT

LOSS OF PRIV(DAYS)      REPRIMAND            SOLITARY(DAYS)
*RECREATION(DAYS)       EXTRA DUTY(HOURS)    REMAIN LINE
*COMMISSARY(DAYS)       COMM.VISIT SUSP(MOS) REDUC.CLASS FROM    TO
*PROPERTY(DAYS)         CELL RESTR(DAYS)     GOOD TIME LOST(DAYS)
* CLS(DAYS)             SPECIAL CELL RESTR(DAYS)  DAMAGES/FORFEIT.%
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)       NO / NA
DATE PLACED IN PRE-HEARING DETENTION:         HEARING LENGTH       (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT:

HEARING OFFICER (PRINT)   WARDEN              REVIEWER SIGNATURE
(FORM I-47RO)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

On 6-17-14 at Count Time 6:30pm.
I was on Bunk C-1-4 watching This. C/O Watkins came
in Dorm with Hateful word to Get out our IDs. As C/O was
at S Bunk C/O was mad Due to Bunks was not Asleep. After
Seeing His ID. C/O Watkins started yealing at Aldridge.
And a Piece of Paper. Flew over Aldridges Left
Shulder. Bounced off Clip Board It never Hit C/O
C/O was ~~said~~ Makeing Threats to Aldridge.
I know Aldridge Did not Throw Anything at Watkins
at any Time. C/O Watkins First Stated something Hit
Him in His Back. Then He told Sgt Kennery it Hit His
Chest. C/O Watkins made 2 Diffrent Storys. But The
Fact is Nothing Hit C/O Watkins. C/O Watkins Has Been
Playing game with Offenders For months. Even The
Ranking Officers Said C/O Watkins Has Been in a Slump
And His Job ~~has been~~ Function Seem Hard on Him.


Chris McQuien

Chris McQuien  1904981

6-25-14

OFFENDER michael ALDRIDGE WAS ACCUSED OF "ASSAUlTING" C/O WATKINS ON 6-17-14 aT 6:30 pm COUNT. ALDRIDGE DID NOT THROW ANYTHANG. IT CAME FROM BACK OF HIM OVER HIS SHOlDER. IT HIT C/O WATKINS CliP BOARD ANd BOUNCED OFF. IT NEVER HIT HIS CHEST AS C/O ClAIMS IT DID. C/O WATKINS HAS BEEN IN SOME TYPE OF STRESS FOR WEEKS PRIOR TO THIS DAY. C/O WATKINS HAS HAD MANY OTHER PROBlEMS WITH OTHER OFFENDERS C/O PlAYS ANd IF HE GETS TIRED OF PlAYING C/O STARTS MAKEING THREATS OR CAllS RANK ON THEM. OTHER OFFICERS THAT ARE RANK HAS SAID THAT C/O WATKINS HAS BEEN HAVEING PROBlEMS WITH HIS JOB FUNCTION BUT WOUlD NOT SPEAK NO FUTHER TO ClEARFI' JUST WHAT HE WAS MEANING.

#1904975

Jesse W. Brannon
NAME.

6-25-14
DATE

INMATE DECLARATION

This document is made by _Troy Coffman_, TDCJ# _1910066_ and given to _Johnny Lewis_, TDCJ# _1879387_, whose property it shall remain for all legal intents and purposes.

I, _Troy Coffman_, being competent to make this declaration and having personal knowledge of the matters stated herein, declare pursuant to 28 U.S.C. §1746 and Title 6 of the Texas Civil Practices & Remedies Code, Chapter 132:

I Troy Coffman was talking to Aldridge when watkins was doing I.D. Count and Aldridge Turned around and watkins claimed that Aldridge hit watkins in the chest with some thing but he did not because I was talking to him And this all happened on 6/17/14 at 6:30 PM

I, _Troy Coffman_, being presently incarcerated at the _Lindsey_ unit in _Jack_ county, Texas, declare under penalty of perjury that the foregoing is true and correct, Pursuant to 28 U.S.C. §1746 and Title 6 of the Texas Civil Practices & Remedies Code, Chapter 132:

Executed on this the _25_ day of _June_, 20_14_.

_Troy Coffman_
Signature

## INMATE DECLARATION

This document is made by Joshua Houghton , TDCJ# 1890641 and given to
Johnny Lewis , TDCJ# 1879387 , whose property it shall remain for all legal
intents and purposes.

I, Joshua Houghton , being competent to make this declaration and having personal
knowledge of the matters stated herein, declare pursuant to 28 U.S.C. §1746 and Title 6 of the
Texas Civil Practices & Remedies Code, Chapter 132:

On 6/17/14 I witnessed C/O Watkins Checking ID's for 6:30pm Count. Watkins displayed anger toward Aldridge and accused him of throwing a peace of Plastic in his back. He Called rank and told Stg. ~~Bonner~~ Aldridge throw plastic at his back, then Changed his story. Then Wrote a case Saying Aldridge had thrown plastic at his Chest He got in Aldridge's face Saying he would write him up. Puffing up at him and putting his finger in Aldridge's face. Aldridge's life was in danger from what I had witnessed. I thought C/O watkins was going to hit him in the face. From what I had witnessed there was a peace of paper flying in the air, but Comes from a diffrent direction. C/O Watkins Constantly plays games with offinders. Comes in and Says things like "your mama's a bitch ass hoe" and insults offinders. With this being Said I'm Sure Aldridge thought C/O watkins was playing with him, till Watkins Started puffing up at him. Offinder Aldridge still never rased a finger at C/O Watkins, or did anything of that nature that C/O watkins has accused him of.

I, Joshua Houghton , being presently incarcerated at the Lindsey unit
in Jack county, Texas, declare under penalty of perjury that the foregoing is true
and correct, Pursuant to 28 U.S.C. §1746 and Title 6 of the Texas Civil Practices & Remedies
Code, Chapter 132:

Executed on this the 20 day of June , 2014 .

Joshua Houghton
Signature

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Inter-Office Communication
### ~~Administrative Review and Risk Management~~
## Offender Grievance

TO: *Lewis, Johnny*

TDCJ# 1879387

Unit: LN        C 31 - 11

FROM:   Central Grievance Office        SUBJECT: Correspondence

---

Your documents received in this office have been reviewed and a response is indicated below.  Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency; however, are not considered an emergency, through the Offender Grievance Procedure.  **If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.**

☐   Your correspondence was forwarded to this office by _____.
    That office does not respond to offender complaints or requests. Please utilize the Offender Grievance Procedure to address your concerns.

☑   Please utilize the Offender Grievance Procedure to address your concerns.

☐   Direct this issue to the Director's Review Committee (DRC).

☐   Direct this issue to the Classification and Records Office – Time Credit Section.

☐   Direct this issue to the Parole Board.

☐   Attachments returned (2 pages).

☐   Records indicate that Grievance # _____ was returned to you on _____.

C1



**Departamento de Justicia Criminal de Texas**

# PASO 1   FORMULARIO DE QUEJAS

| OFFICE USE ONLY |
| --- |
| Para Uso De La Oficina Solamente |

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Returned to Offender: _____

Nombre: JOhNNY Lewis                     TDCJ # 1879387

Unidad: LindSey        Celda Asignada: C-1-26

Unidad donde ocurrió el incidente: 1626 Fm 3344 jacksburo, TX

Es obligatorio que trate de resolver su problema con un empleado antes de presentar su queja formalmente. La única excepción es cuando apela los resultados de un caso disciplinario.

Con quién habló (nombre y rango): SGT willson          Cuándo? 6-22-14

Cuál fue su respuesta? No Reply JUST AVOID My QUESTION ABOUT C/O WATkINS

Qué medidas fueron tomadas? NONE HAS BEEN DONE.

Escriba su queja en el espacio de abajo. Por favor, incluya quién, qué, cuándo, donde y el # de caso disciplinario si se requiere.

AT 8:15 DM C/O WATkINS HAS been WATCHING OUT OFFICE WINDOW EVER ScentS He CAME ON DUTY AT 6:00pm 6-21-14 C/O WATkINS RAN UP ON ME AS I WAS ON My BUNK, I PUT ShoRTS IN My BAG ANd He CAME UP ON ME TOLD ME TO GET UP ANd I DID. He SAID whAT ARE YOU HIdEING I TOLD HIM I DONT HAVE TO HidE ANYThANG. C/O WATkINS SEARCHED My MAT, LAUNDRY BAG ANd TOSSEd My BlANkET IN FloOR. ANOther OFFENdER TOLD HIM He Seem TO Be HARRISSING ME, C/O WATkINS STATEd "All I HAVE TO Do IS WRITE A STATEMENT ANd YOU'll HAVE A MAJOR CASE OR A CHARGE TOO." C/O WATkINS IS RETALIATEING AGAINS ME AS well AS OFFENdER MIChAEl AldRIdCE #183144S. The whole DORM Seen HIS ACTIONS. ACCORDING TO The GENERAl RulES OF CONDUCT FOR EMPLOYEES. R.22 HARASSING OR RETALIATING 22A. R.23 MISTREATMENT OF OFFENDERS. C/O WATkINS KeepS WRITEING FAlSe STATEMENTS ON OFFENdERS.

He made threats to me and said that all he would have to do is write statements on you and you will have charges.   Jesse Brannon #1904975

Appendix F

C/O WATKINS IS WRITEING FALSE CASES ON OFFENDERS. WRITEING
FALSE INFORMATION ON LEGAL DOCUMENTS, USEING THEM FOR "MALICIOUS"
INTENTIONS AND USEING IT FOR "MALICIOUS PROSECUTION" AGAINS OFFENDERS
P.D 22. RULE 10 FALSIFICATION OF DOCUMENTS. EVEN RANK AVOIDED
QUESTIONS ABOUT C/O WATKINS FILEING FALSE CASES.

___

**Acción** que usted solicita para resolver su problema.

JUN 23 2014

**Firma del Ofensor:** _Johnny Cross_          **Fecha:** 6-22-14

**Decisión Administrativa:**

___

**Firma de la Autoridad** _____   **Fecha:** _____
Si usted no esta satisfecho con la respuestra del Paso 1, (I-127), usted puede enviar el Paso 2 (I-128) al Investigador de Quejas de la unidad dentro de 15 días de la fecha de la respuesta del Paso 1. Escriba la razon de su apelación en la forma del Paso 2.

**Su Queja fue regresada por las siguientes razones:**
*Presente su queja cuando haya corregido su error en el formulario.*

☐ 1. El límite establecido de 15 días para presentar su queja ha terminado.
☐ 2. Presentó mas de una queja en el período establecido de 7 días.*
☐ 3. La forma original no fue presentada. *
☐ 4. La queja tiene páginas excesivas o inapropiadas. *
☐ 5. No hay documentación que indique que usted trato de resolver su queja informalmente
☒ 6. No indicó que remedio solicita para resolver su problema.*
☐ 7. Contiene lenguaje vulgar, indecente o amenazador fisicamente. *
☐ 8. Su problema no se puede solucionar presentando esta queja. *
☐ 9. Ya presentó esta queja anteriormente, queja # _____
☐ 10. No se puede leer, no se entiende. *
☐ 11. No es apropiado. *

**UGI Printed Name/Signature:** _S.Smith / S.Smith_

La aplicación del criterio de revisión para esta queja no se espera que afecte
adversamente la salud del ofensor.

**Medical Signature Authority:** _____

**I-127S** Reverso (Revisión 11-2010)

OFFICE USE ONLY
Para Uso De La Oficina Solamente
Initial Submission            UGI Initials: SDS
Grievance #: 2014167 539
Screening Criteria Used: 6 899
Date Recd from Offender: JUN 23 2014
Date Returned to Offender: JUN 23 2014
**2nd Submission**            UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
**3rd Submission**            UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**Appendix F**



# Texas Department of Criminal Justice

# STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2014187386

Date Received: JUL 25 2014

Date Due: 9-3-14

Grievance Code: 015

Investigator ID #: I2131

Extension Date: _____

Date Retd to Offender: AUG 01 2014

Offender Name: Johnny Lewis          TDCJ # 1879387

Unit: Lindsey          Housing Assignment: C-1-38

Unit where incident occurred: 1620 FM 3344 Jacksboro TX 76458

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? C/O WATKINS          When? 7-24-14

What was their response? Your Full oF shit Lewis

What action was taken? None.

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

C/O WATKINS MAKES THREATS IN MANY WAYS DUE to his OWN problems.
ON ONE DATE I HANDED him michael ALDRIDGE I.D. AND STOOD AT GLASS
WINDOW AND WATCHED WATKINS PUT IT IN TRASH CAN. I ASKED him ON
7-24-14 AT OR ABOUT 6:30 PM why he PUT IT IN TRASH BECAUSE ALDRIDGE
WAS CHARGED $5.00 FOR IT. C/O WATKINS STATED He DID NOT KNOW WHAT
I WAS SPEAKING ABOUT. I TOLD Him THAT ID you PUT IN TRASH. C/O STATED
I Never Seen ANY I.D. WAS his REMARK. C/O WATKINS SAID "YOUR Full oF
ShiT" I SAID No everyone Seen me GIVE iT TO YOU YOUR Full oF ShiT.
This C/O HAS been CAUGHT IN MANY Lies, makeing STATEMENTS ABOUT
MANY THINGS He HAS NO IDEAl ABOUT. He even TOLD me THAT "IF I
COMPLAIN AGAIN other OFFENDERS WOULD BEAT MY ASS".
This C/O PUTS All OFFENDERS Life IN DANGER BY his ACTIONS To
VIOLATE policies And P.D. 22 Rules.
I have Spoke with C/O WATKINS even AFTER he makes FALSE STATEMENTS.
C/O even STATED "All I GOT TO Do IS WRITE A STATEMENT And you will
GET A CHARGE OR A MAJOR case" His DisHONESTY TO FILE FALSE
REPORTS VIOLATES MANY RIGHTS And CAUSES US HARM. LEGAL ACTION
IS IN Process. JUL 25 2014

---

_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.** Remove THIS C/O FROM OUR DORM Due to

HIS ACTIONS TO FILE FALSE REPORTS And Tell Lies About OFFENDERS.

Offender Signature: _Johnny Luna_          Date: _7-24-14_

Grievance Response:

Administration has investigated your allegations. There's not enough evidence to support your allegations and should a problem arise in future you stated you would send an I-60 in to the Captain. No further action needed.

Signature Authority: _Colan McKinnon_          Date: _7-31-14_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

## OFFICE USE ONLY

**Initial Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**I-127 Back** (Revised 11-2010)          Appendix F



## Texas Department of Criminal Justice

# STEP 1   OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance # 2014181549

Date Received JUL 16 2014

Date Due: 8-25-14

Grievance Code: 810

Investigator ID #: 7213

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Johnny Lewis   TDCJ # 1879387

Unit: Lindsey   Housing Assignment: C1-38 / C-2-24

Unit where incident occurred: 1620 Fm 3344 Jacksboro, TX 76458

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? WARDEN MARY Brandon, CHIEF COGHRAN, CAPTAIN LOONEY   When? FROM 6-23-14 TO 7-10-14

What was their response? NO RESPONSE. WHAT SO EVER

What action was taken? VIOLATE OFFENDERS' FIRST AMENDMENT RIGHTS

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

C/O WATKINS actions to harm and violate offenders rights and laws of Texas as well as T.D.C.J policies through falsely writing statements that has no truth in them. Then administration giving sanctions knowingly that what C/O WATKINS wrote is not true. This C/O has made many statements to harm offenders with his authority to make false statements as well as his profanity towards offenders on a daily basic. C/O reports deliberate false information that violates many T.D.C.J rules of the P.D 22. C/O WATKINS action to distribution of the name of offenders to fellow officers for the soul purpose of retaliation. C/O WATKINS dishonesty has been demonstrated on many occasions with many witness to see this. But due to biased unit grievance investigators it still will go on. The only thang we can do is file a restraining order due to the fact that this C/O keeps harming offenders by his false statements. This C/O has even said "All I got to do is write a statement and you will get a charge or a major case". Administration has been notified by I60s but never a furmal answer. Return. Even this grievance will be graded wrong or returned with a bias answer. JUL 16 2014

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

_____

_____

_____

_____

_____

**Action Requested to resolve your Complaint.** C/O WATLINS TO STOP MAKERS FALSE

ALLIGATIONS ABOUT OFFENDERS.

Offender Signature: _Johnny Lewis_ _____ Date: _7-13-14_

Grievance Response:

Administration has investigated your allegations. There's not enough evidence to support your

allegations. No further action needed.

Signature Authority: _Colvu McClannan_ _____ Date: _7-31-14_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when corrections are made.

☐ 1.  Grievable time period has expired.
☐ 2.  Submission in excess of 1 every 7 days. *
☐ 3.  Originals not submitted. *
☐ 4.  Inappropriate/Excessive attachments. *
☐ 5.  No documented attempt at informal resolution. *
☐ 6.  No requested relief is stated. *
☐ 7.  Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8.  The issue presented is not grievable.
☐ 9.  Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY |
| --- |
| **Initial Submission**      UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Rec'd from Offender: _____ |
| Date Returned to Offender: _____ |
| **2nd Submission**      UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Rec'd from Offender: _____ |
| Date Returned to Offender: _____ |
| **3rd Submission**      UGI Intitials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Rec'd from Offender: _____ |
| Date Returned to Offender: _____ |

**I-127 Back** (Revised 11-2010)

**Appendix F**

LINDSEY STATE JAIL
NAME: Johnny Lewis
TDCJ#: 01237
HOUSING ASSIGN <1=38
1620 FM 3344
JACKSBORO, TX 76458

4:14-CV-00547-0-BJ

UNITED STATE DISTRICT C
Office of the clerk
NORTHERN DISTRICT OF TEXAS

501 WEST TENTH ST ROOM 310
FORT WORTH, TX 76102

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY
DETERMINENT J. CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

